IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MONICA LYNN MacCONNELL McREYNOLDS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00194-O-BP |
| BELL TEXTRON, INC., | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review.[1] The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge adopts the Findings and Conclusions of the Magistrate Judge as the District Court's.

The Motion to Dismiss (ECF No. 51) is therefore **GRANTED**; Plaintiff's claims under The Uniform Services Employment and Reemployment Rights Act of 1994, and for personal injury, defamation, and emotional distress are **DISMISSED WITH PREJUDICE**. Final Judgment shall issue.

**SO ORDERED** on this **9th day** of **March, 2023**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE

---

[1] On February 21, 2023, Plaintiff filed an Objection to Defendants Notion that the Plaintiff Pay Court Costs (ECF No. 75). On March 7, 2023, Plaintiff filed a Response to Defendant's Objections and Responses to Plaintiff's Requests for Admission (ECF No. 76). Also on March 7, 2023, Plaintiff filed a Statement of Understanding of Employment History with Defendant (ECF No. 77). Having reviewed these submissions, and even after construing them generously, *Sama v. Hannigan*, 669 F.3d 585, 599 (5th Cir. 2012), the Court does not interpret any of them as an objection to Magistrate Judge Ray's February 2, 2023 Findings, Conclusions, and Recommendation (ECF No. 74).